[No. 60923-8-I.   Division One.   December 8, 2008.]

HUMPHREY INDUSTRIES, LTD., *Appellant*, v. CLAY STREET ASSOCIATES, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-20201-7, Harry J. McCarthy, J., entered November 2, 2007. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler, C.J., and Agid, J.

[No. 35753-4-II.   Division Two.   December 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. WALLACE W. GILPIN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 06-1-00042-3, David E. Foscue, J., entered January 2, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 36861-7-II.   Division Two.   December 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK J. MCFADDEN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00319-6, Gordon Godfrey, J., entered October 8, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

[No. 37104-9-II.   Division Two.   December 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ROBERT BURCH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01426-0, Lisa R. Worswick, J., entered November 29, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.